FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2019 FEB 13  PM 3: 43

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-26-Orl-41TBS

18 U.S.C. § 115

ROBERT FRANCIS PRATERSCH

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 29, 2018, in the Middle District of Florida, and elsewhere, the defendant,

**ROBERT FRANCIS PRATERSCH**,

did knowingly threaten to assault and murder Bernard Sanders, United States Senator, with intent to intimidate Senator Sanders while he was engaged in the performance of his duties and with intent to retaliate against Senator Sanders on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 115, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

*Laurie Lee Hause* (signature)
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ROBERT FRANCIS PRATERSCH

## INDICTMENT

Violation: 18 U.S.C. § 115

A true bill,

_____Laurie Coldance_____
Foreperson

Filed in open court this 13th day

of February, 2019.

_____[signature]_____
Clerk

Bail   $_____