FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2019 APR 17 PM 3:53

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-26-Orl-41TBS
 18 U.S.C. § 115
ROBERT FRANCIS PRATERSCH  18 U.S.C. § 875

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 29, 2018, in the Middle District of Florida, and elsewhere, the defendant,

**ROBERT FRANCIS PRATERSCH,**

did knowingly threaten to assault and murder Bernard Sanders, United States Senator, with intent to intimidate Senator Sanders while he was engaged in the performance of his official duties and with intent to retaliate against Senator Sanders on account of the performance of his official duties.

In violation of 18 U.S.C. § 115(a)(1)(B).

### COUNT TWO

On or about September 29, 2018, in the Middle District of Florida, and elsewhere, the defendant,

**ROBERT FRANCIS PRATERSCH,**

did knowingly and for the purpose of issuing a threat and with knowledge that the communication will be viewed as a threat, transmit in interstate and foreign commerce from the State of Florida to the State of New Hampshire, a communication to the Burlington, Vermont Office of Bernard Sanders, and the communication contained a threat to injure Bernard Sanders, specifically to "behead" Bernard Sanders.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1.  The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. §§ 115 and 875, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

3

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ROBERT FRANCIS PRATERSCH

## SUPERSEDING INDICTMENT

Violation: 18 U.S.C. §§ 115, 875

A true bill,

_____
Foreperson

Filed in open court this 17th day

of April, 2019.

_____
Clerk

Bail   $_____

GPO 863 525