UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



UNITED STATES OF AMERICA

v.                                                                   Case No: 6:19-cr-26-Orl-41TBS

ROBERT FRANCIS PRATERSCH
_____/

## VERDICT

1. As to Count One of the superseding indictment, charging Defendant Robert Francis Pratersch with threatening a federal official in violation of 18 U.S.C. § 115, we, the members of the jury, do hereby find the Defendant:

    Guilty ___✓___    Not Guilty _____

2. As to Count Two of the superseding indictment, charging Defendant Robert Francis Pratersch with interstate transmission of a threat to injure in violation of 18 U.S.C. § 875(c), we, the members of the jury, do hereby find the Defendant:

    Guilty ___✓___    Not Guilty _____

SO SAY WE ALL

_Gail Sheldon_  4/30/19
Foreperson Signature      Date

_Gail Sheldon_
Print Name